ELLEN BLUTH, Respondent, v HARVEY BLUTH, Appellant.

Submitted January 14, 2008; decided February 19, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BOARD OF MANAGERS OF THE 225 EAST 57TH STREET CONDOMINIUM, Appellant, v CAMPANIELLO REAL ESTATE, Respondent.

Submitted December 31, 2007; decided February 19, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.